IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ARTHUR R. SULLIVAN, JR. | ) | BANKRUPTCY NO. 04-41006 |
| FAITH N. SULLIVAN | ) | CHAPTER 7 |
|     Debtors | ) | |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Comes now the Trustee and shows the Court as follows:

1. That Trustee filed his Final Report and Distribution Summary with the Clerk of this Court on February 8, 2010.

2. That pursuant to said Distribution Summary your Trustee issued checks dated March 12, 2010, to the creditors as set forth in the Distribution Summary.

3. That check number 1007 payable to Home Hosp/St. Elizabeth/Tippy EMS c/o NCO Financial Systems was returned as attempted - not known and unable to forward and the phone number on the Proof of Claim has been disconnected, and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimant is as follows:

> Home Hosp/St. Elizabeth/Tippy EMS    Amount: $45.04
> c/o NCO Financial Systems Inc.
> 405 Sagamore Pkwy Suite #A3
> Lafayette IN 47905

4. That your Trustee's check in the total amount of $45.04 payable to the Clerk of this Court will be paid directly to the Clerk of this Court.

>    /s/ Edward Chosnek
> Trustee
> P.O. Box 708
> Lafayette, Indiana  47902
> Telephone:  (765) 742-9081
> e-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

      I certify that on the 15th day of July, 2010, service of a true and complete copy of the foregoing Transmittal of Unclaimed Funds was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

U.S. Trustee
Kimberly A. Wright

Home Hosp/St. Elizabeth/Tippy EMS
c/o NCO Financial Systems Inc.
405 Sagamore Pkwy Suite #A3
Lafayette IN 47905

                                         /s/ Edward Chosnek